**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES**
**for proceedings held on July 16, 2024**

**Before Judge WILLIAM ALSUP**

23-cr-00492-WHA-1  – **UNITED STATES v. KEYDI IRIAS**

Time in court: 1:28 - 1:44 = 16 Minutes

| | |
|---|---|
| Attorney for United States: | Kevin Yeh |
| Attorney for Defendant: | Candis Mitchell |

| | |
|---|---|
| Courtroom Deputy Clerk: | Angella Meuleman |
| Court Reporter: | Ruth Ekhaus (Remote) |
| Probation Officer: | SUSPO Katrina Chu for USPO Brian Casai |
| Interpreter: | Victor Martinez, Spanish, Sworn |

Defendant was present for hearing.
Defendant is not in custody.

**PROCEEDINGS**

Sentencing held.

Defendant confirmed presentence investigation report was read to her in Spanish. No objections to the PSR.

Defendant presented allocution to the Court.

Defendant is committed to the Bureau of Prisons for a term of 3 months followed by 3 years of supervised release. A special assessment fee of $100 is imposed. Fine waived. See Judgment for special conditions and forfeiture.

Defendant shall self-surrender to the designated facility, or to the U.S. Marshals if no designation is made on or before **10/21/2024**.