JODI LINKER Cal. Bar No. 230273
Federal Public Defender
Northern District of California
CANDIS MITCHELL Cal Bar No. 242797
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Candis_Mitchell@fd.org

Counsel for Defendant Irias-Torres

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 23–492 WHA (SK) |
| Plaintiff, | **Stipulation And Order To Modify Release Conditions** |
| v. | |
| **Keydi Irias-Torres,** | |
| Defendant. | |

Charged with possession with the intent to distribute methamphetamine, defendant Keydi Irias-Torres was recently sentenced to three months custody with self-surrender set for October 21, 2024.

Presently Ms. Irias-Torres' release conditions restrict her to her residence except for employment, education, religious services, medical, mental health treatment, court appearances, court approved obligations and activities approved in advance by Pretrial Services. The parties seek to remove this condition and modify her condition to be that Ms. Irias-Torres must observe a curfew and remain at her residence every day from 3:00 p.m. to 9:00 a.m.

STIPULATION AND ORDER TO MODIFY RELEASE CONDITIONS
*IRIAS-TORRES*, CR 23–492 WHA (SK)

1

The government has no objection to this modification.

IT IS SO STIPULATED.

Dated:    July 24, 2024

JODI LINKER
Federal Public Defender
Northern District of California

/S
CANDIS MITCHELL
Assistant Federal Public Defender

Dated:    July 24, 2024

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

/S
KEVIN YEH
Assistant United States Attorney

STIPULATION AND ORDER TO MODIFY RELEASE CONDITIONS
*IRIAS-TORRES*, CR 23–492 WHA (SK)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 23–492 WHA (SK) |
| Plaintiff, | **Order To Modify Release Conditions** |
| v. | |
| **Keydi Irias-Torres,** | |
| Defendant. | |

With good cause, Mr. Irias-Torres' release conditions are modified to remove the restriction requiring her to remain in her residence at all times except for the enumerated allowances and modifies her release conditions to include a curfew requiring her to remain in her residence from 3:00 p.m. to 9:00 a.m. with leave for Pretrial Services to review and modify the curfew in the future as needed.

IT IS SO ORDERED.

Dated:    July 25, 2024

_____
SALLIE KIM
United States Magistrate Judge

ORDER TO MODIFY RELEASE CONDITIONS
*IRIAS-TORRES*, CR 23–492 WHA (SK)

1