JODI LINKER Cal. Bar No. 230273
Federal Public Defender
Northern District of California
CANDIS MITCHELL Cal Bar No. 242797
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Candis_Mitchell@fd.org

Counsel for Defendant Irias-Torres

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 23–492 WHA |
| Plaintiff, | **Unopposed Motion And [Proposed] Order to Begin Serving Supervised Release** |
| v. | |
| **Keydi Irias-Torres,** | |
| Defendant. | |

Convicted of with possession with the intent to distribute methamphetamine, defendant Keydi Irias-Torres was recently sentenced to three months custody with self-surrender set for October 21, 2024.

The BOP has concluded that Ms. Irias-Torres' sentence was completed by the time she served in pretrial detention. Pretrial Services has requested that the parties seek an order from the Court permitting Ms. Irias-Torres to begin serving her term of probation immediately and for her to not self-surrender to the custody of the Bureau of Prisons on October 21, 2024. Probation joins in the request and the government has no objection.

UNOPPOSED MOTION AND [PROPOSED] TO BEGIN SERVING SUPERVISED RELEASE
*IRIAS-TORRES*, CR 23–492 WHA

1

Respectfully submitted,

Dated:      October 11, 2024

JODI LINKER
Federal Public Defender
Northern District of California

                            /S
CANDIS MITCHELL
Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 23–492 WHA |
| Plaintiff, | **[Proposed] Order TO BEGIN SERVING SUPERVISED RELEASE** |
| v. | |
| **Keydi Irias-Torres,** | |
| Defendant. | |

With good cause, Mr. Irias-Torres' is ordered to begin serving her term of supervised release and not surrender to the custody of the Bureau of Prisons on October 21, 2024.

IT IS SO ORDERED.

Dated: _____

_____
WILLIAM H. ALSUP
United States District Judge