IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 23–492 WHA |
| Plaintiff, | [~~Proposed~~] **Order TO BEGIN SERVING SUPERVISED RELEASE** |
| v. | |
| **Keydi Irias-Torres,** | |
| Defendant. | |

With good cause, Mr. Irias-Torres' is ordered to begin serving her term of supervised release and not surrender to the custody of the Bureau of Prisons on October 21, 2024.

IT IS SO ORDERED.

Dated:     **October 11, 2024**

_____
WILLIAM H. ALSUP
United States District Judge